UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| ------------------------------------------------------ | |
| This document relates to: | |
| | No. 4:12-cv-1256 (cons.) |
| *Alameda County Employees' Retirement Association et al.* v. *BP p.l.c. et al.* | |
| | No. 4:12-cv-1272 |
| *Connecticut Retirement Plans & Trust Funds et al.* v. *BP p.l.c. et al.* | Honorable Keith P. Ellison |
| | JURY TRIAL DEMANDED |

**PROPOSED ORDER GRANTING MOTION TO FILE JOINT OVER-LENGTH BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

It is hereby ORDERED that Plaintiffs Unopposed Motion to File Joint Over-Length Brief in Opposition to Defendants' Motion to Dismiss (Dkt. __53__ ) filed February 12, 2013, is granted.

It is, therefore, ORDERED that Plaintiffs are allowed to file a single, joint brief of up to fifty-five (55) pages.

SIGNED at Houston, Texas this 12th day of February, 2013.

Keith P. Ellison
United States District Judge

1