UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* <br> ------------------------------------------------------ <br> This document relates to: | No. 4:10-md-02185 |
| *Alameda County Employees' Retirement Association* v. *BP p.l.c.* | No. 4:12-cv-01256 (cons.) |
| | No. 4:12-cv-03715 |
| *Avalon Holdings Inc.* v. *BP p.l.c.* | No. 4:12-cv-02362 (cons.) |
| *South Yorkshire Pensions Authority* v. *BP p.l.c.* | No. 4:12-cv-03621 |
| *Mondrian Global Equity Fund, L.P.* v. *BP p.l.c.* | No. 4:13-cv-00069 |
| *Stichting Pensionenfonds Metaal en Techniek* v. *BP p.l.c.* | No. 4:13-cv-00129 |
| *HESTA Super Fund* v. *BP p.l.c.* | No. 4:13-cv-01393 |
| *New York City Employees' Retirement System* v. *BP p.l.c.* | No. 4:13-cv-03397 |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c.* | No. 4:14-cv-00457 |
| *Arkansas Teacher Retirement System* v. *BP p.l.c.* | No. 4:14-cv-01418 |
| *The Bank of America Pension Plan* v. *BP p.l.c.* | No. 4:14-cv-01073 |
| *Deka Investment GmbH* v. *BP p.l.c.* | No. 4:14-cv-01083 |
| *DiNapoli* v. *BP p.l.c.* | No. 4:14-cv-01279 |
| *IBM United Kingdom Pension Trust Limited* v. *BP p.l.c.* | No. 4:14-cv-01281 |
| *Merseyside Pension Fund* v. *BP p.l.c.* | No. 4:14-cv-01084 |
| *Pension Reserves Investment Management Board of Mass.* v. *BP p.l.c.* | No. 4:14-cv-01280 |
| *Universities Superannuation Scheme Ltd.* v. *BP p.l.c.* | No. 4:14-cv-01085 |
| *Virginia Retirement System* v. *BP p.l.c.* | No. 4:14-cv-00980 |
| *Washington State Investment Board* v. *BP p.l.c* | Honorable Keith P. Ellison <br><br> JURY TRIAL DEMANDED <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1658(b), Defendants BP p.l.c., BP America Inc., BP Exploration & Production Inc., Anthony Hayward, Douglas Suttles, Andrew Inglis, H. Lamar McKay, Robert Dudley, Robert Malone, John Browne, Peter Sutherland, Carl-Henric Svanberg, and William Castell (collectively, "Defendants") respectfully move to dismiss the amended complaints filed by Plaintiffs in the above-captioned actions.

Defendants move to dismiss (i) all "holder claims" based on alleged misstatements that occurred after an individual plaintiff's last purchase of BP stock; (ii) all claims based on new alleged misstatements not previously addressed by the Court's prior decisions; (iii) all claims alleged by plaintiffs in the DiNapoli and Massachusetts actions based on an unattributed statement about OMS in BP's 2009 Sustainability Report that this Court has previously dismissed; (iv) negligent misstatement claims filed in Texas that are time-barred; (v) Exchange Act claims against Individual Defendants Andrew Inglis, Lord John Browne, Peter Sutherland, Carl-Henric Svanberg and William Castell, against whom no statements are actionable under Section 10(b) of the Exchange Act; and (vi) all claims against Individual Defendant Robert Malone, against whom no actionable statements are alleged.

The grounds for this motion are fully set forth in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Amended Complaints, and supported by the Declaration of Georgia L. Lucier and its accompanying exhibits filed concurrently herewith.

Dated: September 28, 2016
        Houston, Texas

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | |
| Daryl A. Libow (pro hac vice) | */s/ Thomas W. Taylor* |
| Amanda F. Davidoff (pro hac vice) | Thomas W. Taylor |
| SULLIVAN & CROMWELL LLP | Texas State Bar No. 19723875 |
| 1700 New York Avenue, N.W. | S.D. Tex. Bar No. 3906 |
| Washington, D.C. 20006 | ANDREWS KURTH KENYON LLP |
| Telephone: (202) 956-7500 | 600 Travis, Suite 4200 |
| libowd@sullcrom.com | Houston, Texas 77002 |
| davidoffa@sullcrom.com | Telephone: (713) 220-4200 |
| | Facsimile: (713) 220-4285 |
| Richard C. Pepperman, II (pro hac vice) | ttaylor@andrewskurth.com |
| Marc De Leeuw (pro hac vice) | |
| SULLIVAN & CROMWELL LLP | *Attorney-in-Charge for Defendants* |
| 125 Broad Street | *Except David Rainey* |
| New York, New York 10004 | |
| Telephone: (212) 558-4000 | Theodore V. Wells, Jr. (pro hac vice) |
| peppermanr@sullcrom.com | Roberto Finzi (pro hac vice) |
| deleeuwm@sullcrom.com | Jaren Janghorbani (pro hac vice) |
| | Patrick J. Somers (pro hac vice) |
| *Attorneys for Defendants* | PAUL, WEISS, RIFKIND, WHARTON & |
| *Except David Rainey* | GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |
| | Telephone: (212) 373-3000 |
| | |
| | *Attorneys for Douglas Suttles* |
| | |
| | Kathleen H. Goodhart |
| | COOLEY LLP |
| | 101 California Street, 5th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 693-2000 |
| | |
| | *Attorneys for Andrew G. Inglis* |

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Motion has been served by electronic CM/ECF filing, on this 28th day of September, 2016.

                                       */s/ Thomas W. Taylor*
                                       Thomas W. Taylor